# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOUSSA YEROUSHALAMI, Individually and On Behalf Of All Others Similarly Situated,<br><br>     Plaintiff,<br>  vs.<br><br>DHB INDUSTRIES, INC., DAVID H. BROOKS, SANDRA HATFIELD, and DAWN M. SCHLEGEL,<br><br>     Defendants. | **Civil Action No. 2:05-cv-04296-JS-ETB** |
| JAMIE SUPRINA, Individually and On Behalf Of All Others Similarly Situated,<br><br>     Plaintiff,<br>  vs.<br><br>DHB INDUSTRIES, INC., DAVID H. BROOKS, SANDRA HATFIELD, DAWN MARIE SCHLEGEL, CARY LAWRENCE CHASIN, JEROME KRANTZ, BARRY BERKMAN, and GARY NADELMAN,<br><br>     Defendants. | **Civil Action No. 2:05-cv-04330-JS-ETB** |

| | |
|---|---|
| ROBERT PUCEK, Individually and On Behalf Of All Others Similarly Situated,  :<br>:<br>Plaintiff,  :<br>:<br>vs.  :<br>:<br>DHB INDUSTRIES, INC., DAVID H. BROOKS, SANDRA HATFIELD, and DAWN M. SCHLEGEL,  :<br>:<br>Defendants.  : | **Civil Action No. 2:05-cv-04331-JS-ETB** |

| | |
|---|---|
| ERNEST GOTTDIENER, Individually and On Behalf Of All Others Similarly Situated,  :<br>:<br>Plaintiff,  :<br>:<br>vs.  :<br>:<br>DHB INDUSTRIES, INC., DAVID H. BROOKS, DAWN M. SCHLEGEL and SANDRA L. HATFIELD,  :<br>:<br>Defendants.  : | **Civil Action No. 2:05-cv-04332-JS-ETB** |

|  |  |
|---|---|
| THOMAS HUSTON, Individually and On Behalf Of All Others Similarly Situated,<br><br>          Plaintiff,<br>     vs.<br><br>DAVID H. BROOKS, SANDRA L. HATFIELD, DAWN M. SCHLEGEL, JEROME KRANTZ, CARY CHASIN, BARRY BERKMAN, LARRY ELLIS, and DHB INDUSTRIES, INC.<br><br>          Defendants. | **Civil Action No. 2:05-cv-04345-JS-ETB** |
| HUI WANG, Individually and On Behalf Of All Others Similarly Situated,<br><br>          Plaintiff,<br>     vs.<br><br>DHB INDUSTRIES, INC., DAVID H. BROOKS, SANDRA HATFIELD, and DAWN M. SCHLEGEL,<br><br>          Defendants. | **Civil Action No. 2:05-cv-04380-JS-ETB** |

| | |
|---|---|
| CAROL A. HELM, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DHB INDUSTRIES, INC., DAVID H. BROOKS, SANDRA HATFIELD, and DAWN M. SCHLEGEL,<br><br>Defendants. | **Civil Action No. 2:05-cv-04405-JS-ETB** |

| | |
|---|---|
| BRUCE SIMONS, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DHB INDUSTRIES, INC., DAVID H. BROOKS, SANDRA HATFIELD, CARY L. CHASIN, JEROME KRANTZ, BARRY BERKMAN, GARY NADELMAN, and DAWN SCHLEGEL,<br><br>Defendants. | **Civil Action No. 2:05-cv-04408-JS-ETB** |

| | |
|---|---|
| PAUL SUNTUP, Individually and On Behalf Of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>DAVID H. BROOKS, SANDRA HATFIELD, DAWN M. SCHLEGEL, JEROME KRANTZ, GARY NADELMAN, BARRY BERKMAN CARY CHASIN, LARRY ELLIS, and DHB INDUSTRIES, INC.<br><br>     Defendants. | **Civil Action No. 2:05-cv-04411-JS-ETB** |

| | |
|---|---|
| MARY COHUTT, Individually and On Behalf Of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>DHB INDUSTRIES, INC., DAVID H. BROOKS, SANDRA HATFIELD, DAWN MARIE SCHLEGEL, CARY LAWRENCE CHASIN, JEROME KRANTZ, BARRY BERKMAN, and GARY NADELMAN,<br><br>     Defendants. | **Civil Action No. 2:05-cv-04424-JS-ETB** |

| | |
|---|---|
| LSP PARTNERS, LP, Individually and On Behalf Of All Others Similarly Situated, : : : Plaintiff, : vs. : : DHB INDUSTRIES, INC., DAVID H. BROOKS, SANDRA HATFIELD, and DAWN M. SCHLEGEL : : : Defendants. : | **Civil Action No. 2:05-cv-04468-LDW-MLO** |

| | |
|---|---|
| DAVID BUSHNELL, Individually and On Behalf Of All Others Similarly Situated, : : : Plaintiff, : vs. : : DHB INDUSTRIES, INC., DAVID H. BROOKS, DAWN M. SCHLEGEL, and SANDRA L. HATFIELD : : : Defendants. : | **Civil Action No. 2:05-cv-04476-JS-ETB** |

| | |
|---|---|
| TROY COREY, Individually and On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>DHB INDUSTRIES, INC., DAVID H. BROOKS, SANDRA HATFIELD, DAWN MARIE SCHLEGEL, CARY LAWRENCE CHASIN, JEROME KRANTZ, BARRY BERKMAN, and GARY NADELMAN,<br><br>    Defendants. | **Civil Action No. 2:05-cv-04491-JS-ETB** |

| | |
|---|---|
| BRIAN ABRAMS, Individually and On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>DAVID H. BROOKS, DAWN M. SCHLEGEL, JEROME KRANTZ, GARY NADELMAN, CARY CHASIN, BARRY BERKMAN, LARRY ELLIS, SANDRA L. HATFIELD, WEISER, LLP, and DHB INDUSTRIES, INC.<br><br>    Defendants. | **Civil Action No. 2:05-cv-04592-JS-ETB** |

| | |
|---|---|
| GARY GELMAN, Individually and On Behalf Of All Others Similarly Situated, | : : : **Civil Action No. 2:05-cv-04886-JS-ETB** |
| Plaintiff, | : : |
| vs. | : : |
| DHB INDUSTRIES, INC., DAVID H. BROOKS, SANDRA HATFIELD, and DAWN M. SCHLEGEL | : : : : |
| Defendants. | : : |

| | |
|---|---|
| ALICIA MOLLER, Individually and On Behalf Of All Others Similarly Situated, | : : : **Civil Action No. 2:05-cv-04888-JS-ETB** |
| Plaintiff, | : : |
| vs. | : : |
| DHB INDUSTRIES, INC., DAVID H. BROOKS, DAWN MARIE SCHLEGEL, SANDRA HATFIELD, CARY LAWRENCE CHASIN, JEROME KRANTZ, BARRY BERKMAN, and GARY NADELMAN, | : : : : : : |
| Defendants. | : : |

|  |  |
|---|---|
| GENE CORBETT, Individually and On Behalf Of All Others Similarly Situated,<br><br>               Plaintiff,<br>     vs.<br><br>DHB INDUSTRIES, INC., DAVID H. BROOKS, SANDRA HATFIELD, and DAWN M. SCHLEGEL,<br><br>               Defendants. | **Civil Action No. 2:05-cv-04919-JS-ETB** |
| LEMON BAY PARTNERS, LLP, Individually and On Behalf Of All Others Similarly Situated,<br><br>               Plaintiff,<br>     vs.<br><br>DAVID H. BROOKS, SANDRA HATFIELD, DAWN MARIE SCHLEGEL, CARY LAWRENCE CHASIN, JEROME KRANTZ, BARRY BERKMAN, GARY NADELMAN, WEISER, LLP, and DHB INDUSTRIES, INC.<br><br>               Defendants. | **Civil Action No. 2:05-cv-04951-JS-ETB** |
| PHILIP MAMOS, Individually and On Behalf |  |

|  |  |  |
|---|---|---|
| Of All Others Similarly Situated, | : | **Civil Action No. 2:05-cv-05009-JS-ETB** |
|  | : |  |
| Plaintiff, | : |  |
| vs. | : |  |
|  | : |  |
| DHB INDUSTRIES, INC., DAVID H. BROOKS, SANDRA HATFIELD, DAWN MARIE SCHLEGEL, CARY LAWRENCE CHASIN, JEROME KRANTZ, BARRY BERKMAN, and GARY NADELMAN, | : : : : : |  |
|  | : |  |
| Defendants. | : |  |

**NOTICE OF MOTION OF THOMAS LUFFEY, LARRY SHEEHAN, AND BENJAMIN KARP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS, AND APPROVAL OF CHOICE OF LEAD COUNSEL**

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE THAT Thomas Luffey ("Luffey"), Larry Sheehan ("Sheehan"), and Benjamin Karp ("Karp") (collectively "Movants") will move this Court, Judge Joanna Seybert, U.S.D.J., in Room 1030, United States Courthouse, 100 Federal Plaza, Central Islip, New York, 11722, at a date and time to be set by the Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), for entry of an Order: (i) consolidating all related actions herewith under Rule 42(a) of the Federal Rules of Civil Procedure; (ii) appointing Movants as Lead Plaintiffs on behalf of themselves and all others similarly situated who, from April 29, 2004 and August 29, 2005 (the "Class Period"), purchased or otherwise acquired securities of DHB Industries, Inc. (hereinafter "DHB" or the "Company") and incurred damages as a result of the defendants' alleged violations of the federal securities laws; and (iii) approving Movants' choice of the law firm of Spector, Roseman &

Kodroff, P.C. to serve as Lead Counsel, and the law firm of Cohen Milstein Hausfeld & Toll, P.L.LC. to serve as Liaison Counsel.

This motion is supported by the accompanying Memorandum of Law and the Exhibits annexed thereto, all of the prior pleadings and proceedings herein, and such other written or oral argument as may be permitted by the Court.

Respectfully submitted,

DATED: November 8, 2005   By:   /s/ Catherine A. Torell
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
Catherine A. Torell
150 East 52nd Street
Thirtieth Floor
New York, NY 10022
Ph: (212) 838-7797
Fax: (212) 838-7745

*Proposed Liaison Counsel*

**SPECTOR ROSEMAN & KODROFF, P.C.**
Robert M. Roseman
Andrew D. Abramowitz
David Felderman
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Ph:  (215) 496-0300
Fax: (215) 496-6611

*Attorneys for Movants*
*Proposed Lead Counsel*

2