

David P. Kasakove
Direct: 212-541-2096
dpkasakove@bryancave.com

January 29, 2007

**VIA ECF**

Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

Re: *In re DHB Industries, Inc.*, Index No. 05-CV-4296 (JS) (ETB)

Dear Judge Seybert:

This law firm represents defendant DHB Industries, Inc. ("DHB") in this action.

DHB requests that this Court schedule a telephonic or in-person conference to be held as soon as possible concerning the applicability of the notification provisions ("Notification Provisions") of the Class Action Fairness Act ("CAFA") to the Settlement in this action. *See* 28 U.S.C. § 1715.

In their January 26, 2007 letter ("Letter"), Lead Plaintiffs NECA-IBEW Pension Fund, RS Holdings and George Baciu set forth support for the conclusion that Congress did not intend CAFA - - including its Notification Provisions - - to apply to settlements in securities class action lawsuits, such as the one before this Court in this action.

However, in light of the lack of decisional authority addressing this issue, and some contrary commentaries on CAFA, DHB suggests that the preferred procedural course would be for the parties to withdraw the filing of the Settlement and to shortly thereafter re-file the Settlement so that the parties might voluntarily comply with CAFA's Notification Provisions. We look forward to discussing this matter further at the requested court conference.

Respectfully submitted,

David P. Kasakove

cc: Hon. E. Thomas Boyle
    ECF Service List

Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
Tel (212) 541-2000
Fax (212) 541-4630
www.bryancave.com

Chicago
Hong Kong
Irvine
Jefferson City
Kansas City
Kuwait
Los Angeles
New York
Phoenix
Shanghai
St. Louis
Washington, DC

*And Bryan Cave,
A Multinational Partnership,*
London

C055352/0202426/1350442.1