# MINTZ LEVIN



Jerome Gotkin | | *jgotkin@mintz.com*

Chrysler Center
666 Third Avenue
New York, NY 10017
212-935-3000
212-983-3115 fax
www.mintz.com

VIA CM/ECF

January 29, 2007

Hon. Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722-9014

Re:   *In re DHB Industries, Inc. Class Action Litigation, 05-cv-04296(JS) (ETB)*

Dear Judge Seybert:

We, as counsel for defendant David H. Brooks, join in Mr. Kasakove's request for a court conference concerning the applicability of the Class Action Fairness Act to the instant case, and particularly to the pending Settlement thereof.

Respectfully submitted,

Jerome Gotkin
Co-counsel for Defendant David H. Brooks

c:   Hon. E. Thomas Boyle
     All Counsel by ECF

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

LIT 1600766v.1 BOSTON | WASHINGTON | RESTON | NEW YORK | STAMFORD | LOS ANGELES | LONDON