# C L I F F O R D
# C H A N C E

CLIFFORD CHANCE US LLP

31 WEST 52ND STREET
NEW YORK NY 10019 6131

TEL +1 212 878 8000
FAX +1 212 878 8375
www.cliffordchance.com

January 29, 2007

VIA ECF

Hon. Joanna Seybert
United States District Judge
United States District Court
Eastern District of New York
United States Courthouse
100 Federal Plaza
Central Islip, NY  11722-9014

Re:    *In re DHB Industries, Inc. Class Action Litigation*, No. CV-05-4296 (JS) (ETB)

Dear Judge Seybert:

    We represent Defendants Jerome Krantz, Gary Nadelman, Cary Chasin, and Barry Berkman (the "Independent Directors") in the referenced action.  We submit this letter in response to Lead Plaintiffs' January 26, 2007 letter and Defendant DHB Industries, Inc.'s ("DHB's") January 29, 2007 letter concerning the applicability of the notification provisions of the Class Action Fairness Act ("CAFA") to the Settlement in this action.

    We agree that CAFA's legislative history reflects an intent to regulate settlement of consumer protection class actions, not securities class actions, and that serious questions exist as to whether CAFA and its notification provisions apply to this case.  However, we also agree that the safest and most expeditious course would be to withdraw and re-file the Settlement as outlined in DHB's letter so as to voluntarily comply with CAFA.  We join in DHB's request for a telephonic or in-person conference with the Court as soon as possible to resolve the CAFA issues and not engender further litigation over this issue.

Respectfully submitted,

*/s/ Mary K. Dulka*

Mary K. Dulka

cc:    Hon. E. Thomas Boyle
       All Counsel of Record via Electronic Case Filing

NYA 820518.1