UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re DHB INDUSTRIES, INC. CLASS ACTION LITIGATION | : : : : : : : : : : : | Civil Action No. 2:05-cv-04296-JS-ETB <br><br> **ELECTRONICALLY FILED** <br><br> CLASS ACTION <br><br> Judge Seybert <br> Magistrate Judge Boyle |
| This Document Relates To: <br><br> ALL ACTIONS. | | |

## CERTIFICATE OF SERVICE

I, Samuel H. Rudman, hereby certify that on September 28, 2007, I caused a true and correct copy of the attached:

(i) Notice of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds;

(ii) Lead Plaintiffs' Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds;

(iii) Notice of Lead Plaintiffs' Motion for an Award of Attorneys' Fees and Expenses;

(iv) Lead Counsels' Memorandum of Law in Support of Motion for an Award of Attorneys' Fees and Expenses;

(v) Declaration of Samuel H. Rudman in Support of (1) Final Approval of Class Settlement and Plan of Allocation of Settlement Proceeds; and (2) Award of Attorneys' Fees and Expenses;

(vi) [Proposed] Final Judgment and Order of Dismissal of Class Action with Prejudice;

(vii) [Proposed] Order Awarding Attorneys' Fees and Expenses; and

- 1 -

(viii)   [Proposed] Order Approving Plan of Allocation of Settlement Proceeds;

to be served by overnight mail to all individuals on the attached service list.

/s/ Samuel H. Rudman
SAMUEL H. RUDMAN

**SERVICE LIST FOR OBJECTORS TO SETTLEMENT**:

Neale Monte
1056 NW 83rd Avenue
Plantation, FL 33322

Michael A. Shapiro
128 Lansing Island Drive
Indian Harbor Beach, FL  32937

Daryl Lowenstein
5428 Dunmore Road
Wilmington, NC  28409

Ronald Henson
710 West. 6th Street
Sterling, IL  61081

Chaim and Victoria Jedwab
2059 N.W. 127th Avenue
Pembroke Pines, FL  33028

Susan O'Donnell
1142 Sussex Tpke.
Randolph, NJ  07869