Michael S. Etkin
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
17th Floor
New York, New York 10020
(212) 262-6700 Telephone
(212) 262-7402 Facsimile
    and
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 Telephone
(973) 597-2481 Facsimile

*Attorneys for Lead Plaintiffs in the Class Action Litigation*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re DHB INDUSTRIES, INC. CLASS ACTION LITIGATION | : : : | 2:05—cv-04296-JS-ETB CLASS ACTION |
| In re: DHB INDUSTRIES, INC. DERIVATIVE LITIGATION | : : : | 2:05-CV-04345-JS-ETB DERIVATIVE ACTION |
| This document relates to: ALL ACTIONS | : : : | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** Michael S. Etkin, Esq. and the law firm of Lowenstein Sandler LLP hereby appear as counsel for lead plaintiffs, Robino Stortini Holdings, LLC, NECA-IBEW Pension Fund and George Baciu (collectively, "Lead Plaintiffs"), in the securities class action litigation entitled *In Re DHB Industries, Inc. Class Action Litigation*, No. 05-cv-4296 (JS)(ETB), filed in this Court on behalf of all persons or entities who purchased or otherwise acquired certain of the publicly traded shares of DHB Industries, Inc., predecessor in interest of Point Blank Solutions, Inc., Point Blank Body Armor, Inc., Protective Apparel Corporation of America, and PBSS, LLC., on or after November 18, 2003 until and including November 30, 2006, and who were damaged thereby (the "Class") and requests that copies of all pleadings and other papers (however designated) filed in this case, as well as notices given or

24580/2
09/23/2013 26851538.1

required to be given in this case, be given and served upon the undersigned at the following address:

Michael S. Etkin, Esq.
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)
metkin@lowenstein.com

Dated:  September 26, 2013                    **LOWENSTEIN SANDLER LLP**

By:  /s/  *Michael S. Etkin*
Michael S. Etkin, Esq.
1251 Avenue of the Americas, 17th Floor
New York, NY  10020

-and-

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)
metkin@lowenstein.com

*Counsel to Lead Plaintiffs and the Class*